THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Appellant, *v.* FREDERICK KERNOCHAN et al., as Justices of the Court of Special Sessions of the City of New York, et al., Respondents.

*People ex rel. Edison El. Ill. Co. of Brooklyn* v. *Kernochan,* 160 App. Div. 105, affirmed.

(Argued April 14, 1914; decided April 28, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1913, which affirmed an order of Special Term denying a motion for an absolute writ of prohibition.

The following questions were involved: "(1) Is the exclusive jurisdiction of the Court of Special Sessions to try charges of misdemeanor committed within the city of New York limited to a case where the person committing such misdemeanor was a natural person and not a corporation; and (2) Do the provisions of the Code of Criminal Procedure (§§ 675–682) still apply to the city of New York, or does the Inferior Courts Act (L. 1910, ch. 659, § 31) supersede, as to charges of misdemeanor against corporations, all the relative provisions of the Code of Criminal Procedure ? "

*Glenn M. Congdon* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *William H. Kehoe* of counsel), for respondents.

Order affirmed, with costs, on opinion of CARR, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.